J. MICHAEL HANSEN (#1339)
LYNDA L. VITI (#16598)
Assistant Attorneys General
SEAN D. REYES (#7969)
Utah Attorney General
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah  84114-0857
Telephone:  (801) 366-0553

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Petitioner,<br><br>vs.<br><br>CUSTODIAN OF RECORDS FOR THE STATE OF UTAH,<br><br>                    Respondent. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Misc. No. 2:19-CV-00510-DAK |

      J. MICHAEL HANSEN and LYNDA L. VITI, Utah Assistant Attorneys General, hereby enter their appearance as counsel on behalf of the Custodian of Records for the State of Utah and request that copies of all pleadings hereinafter filed in the above-referenced matter be served upon the undersigned.

DATED this 31st day of July 2019.

SEAN D. REYES
Utah Attorney General

 /s/  J. Michael Hansen
J. MICHAEL HANSEN
Assistant Attorney General

*/s/  Lynda L. Viti*
LYNDA L. VITI
Assistant Attorney General
*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July 2019, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Court by using the CM/ECF System which electronically notified the following:

Sandra L. Steinvoort
Joel A. Ferre
OFFICE OF THE UNITED STATES ATTORNEY
111 South Main Street, Suite #1800
Salt Lake City, Utah  84111

 /s/  Stacey K. Baird